CLIFFORD L. DE FISHER, Appellant, *v.* DOMINICK CORDELLO et al., Respondents.

Submitted October 4, 1954; decided October 7, 1954.

*Philip L. Zenner* for motion.
*James M. Ryan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.